## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

AAMCO TRANSMISSIONS, LLC,    :
f/k/a AAMCO TRANSMISSIONS, INC.,:     CIVIL ACTION
      *Petitioner*,      :
                           :
      v.                  :
                           :
                           :      Case No. 20-6114
DANIEL WINARD and D&S      :
CONSOLIDATED.,              :
      *Respondents*.      :

## <u>ORDER</u>

AND NOW, this 28th day of June 2021, having considered AAMCO Transmissions, LLC's Petition to Confirm Arbitration Award (ECF No. 1) and Motion for Default Judgment (ECF No. 11), it is ORDERED that:

1.      The Petition to Confirm Arbitration Award (ECF No. 1) is GRANTED. The final arbitration award (Petition to Confirm Arbitration Award, Exhibit 2) is CONFIRMED.

2.      Judgment is hereby entered on behalf of Petitioner in accordance with the following:

     a.   Against Respondents Daniel Winard and D&S in the sum of $229,089.96 in damages.

     b.   Against Respondent Winard in the sum of $18,417.13 for attorney's fees and $8,985.61 for fees and other expenses.

The Clerk of Court is directed to close this case.

BY THE COURT

/s/ Chad F. Kenney

_____
CHAD F.KENNEY, JUDGE